Fred S. Hodara (FH-7947)
Lisa G. Beckerman (LB-9655)
Abid Qureshi (AQ-4882)
AKIN GUMP STRAUSS HAUER & FELD LLP
590 Madison Avenue
New York, New York 10022-2524
(212) 872-1000 (Telephone)
(212) 872-1002 (Facsimile)

Counsel for Joint Provisional Liquidators

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------ x
In re:                                                             :    Chapter 15
                                                                   :
BEAR STEARNS HIGH-GRADE STRUCTURED                                 :    Case No. 07-12383 (BRL)
CREDIT STRATEGIES MASTER FUND, LTD.                                :
(IN PROVISIONAL LIQUIDATION)                                       :
                                                                   :
                                                                   :
Debtor in a Foreign Proceeding.                                    :
------------------------------------------------------------------ x
In re:                                                             :    Chapter 15
                                                                   :
BEAR STEARNS HIGH-GRADE STRUCTURED                                 :    Case No. 07-12384 (BRL)
CREDIT STRATEGIES ENHANCED LEVERAGE                                :
MASTER FUND, LTD.                                                  :
(IN PROVISIONAL LIQUIDATION)                                       :
                                                                   :
                                                                   :
Debtor in a Foreign Proceeding.                                    :
------------------------------------------------------------------ x

**NOTICE OF APPEAL**

Simon Lovell Clayton Whicker and Kristen Beighton, as the joint provisional liquidators and the duly-authorized foreign representatives of Bear Stearns High-Grade Structured Credit Strategies Master Fund, Ltd. (in Provisional Liquidation) and Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Master Fund, Ltd. (in Provisional Liquidation) in the above-captioned cases, by their undersigned counsel, Akin Gump Strauss Hauer & Feld LLP, hereby appeal to the United States District Court for the Southern District of New York, pursuant to 28 U.S.C. § 158(a) and Rules 8001(a) and 8002(a) of the Federal Rules of

7863496 v1

Bankruptcy Procedure, from the Decision and Order Denying Recognition of Foreign Proceeding, dated August 30, 2007 (the "Bankruptcy Court Order"), as amended by the Amended Decision and Order Denying Recognition of Foreign Proceeding, dated September 5, 2007 (the "Amended Order") issued by the United States Bankruptcy Court for the Southern District of New York.[1]

The parties to the orders appealed from and the names and addresses of their respective attorneys are as follows:

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP | KAYE SCHOLER LLP |
| Attorneys for Joint Provisional Liquidators | Attorneys for Merrill Lynch, Pierce, Fenner & Smith, Inc., Merrill Lynch International and Merrill Lynch Capital Services, Inc. |
| 590 Madison Avenue | 425 Park Avenue |
| New York, New York  10022-2524 | New York, New York 10022 |
| (212) 872-1000 (Telephone) | (212) 836-3000 (Telephone) |
| Attn:  Fred S. Hodara, Esq. | Attention:  Madlyn Gleich Primoff, Esq. |
|          Lisa G. Beckerman, Esq. |               Jeffrey A. Fuisz, Esq. |
|          Abid Qureshi, Esq. |               David M. Eskew, Esq. |

Dated: September 10, 2007
       New York, New York

**AKIN GUMP STRAUSS HAUER & FELD LLP**

By: */s/ Fred S. Hodara*
    Fred S. Hodara (FH-7947)
    Lisa G. Beckerman (LB-9655)
    Abid Qureshi (AQ-4882)
    AKIN GUMP STRAUSS HAUER & FELD LLP
    590 Madison Avenue
    New York, New York  10022-2524
    (212) 872-1000 (Telephone)
    (212) 872-1002 (Facsimile)

    Counsel for the Joint Provisional Liquidators

---

[1] The Amended Order did not substantively alter the Bankruptcy Court Order. Out of an abundance of caution, however, this Notice of Appeal is filed with respect to both the Bankruptcy Court Order and the Amended Order.