```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X

IN RE BEAR STEARNS HIGH-GRADE STRUCTURED      07 Civ. 8730 (RWS)
CREDIT STRATEGIES MASTER FUND, LTD.

-------------------------------------X

IN RE BEAR STEARNS HIGH-GRADE STRUCTURED      07 Civ. 8746 (RWS)
CREDIT STRATEGIES ENHANCED LEVERAGE
MASTER FUND, LTD.                             O R D E R

-------------------------------------X
```

**Sweet, D.J.,**

The appeal taken by Appellants dated November 7, 2007 will be heard at noon on Wednesday, January 16, 2008, in courtroom 18C. All motion papers shall be served in accordance with Local Civil Rule 6.1.

It is so ordered.

**New York, NY**
**November 9, 2007**

ROBERT W. SWEET
U.S.D.J.