



Lance Gotthoffer
Direct Phone: +1 212 549 0289
Email: lgotthoffer@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450

November 28, 2007



BY HAND DELIVERY

The Honorable Robert W. Sweet
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1920
New York, NY 10007

Re:   In re Bear Stearns High-Grade Structured Credit Strategies Master Fund, Ltd
      (Case No. 07-CV-8730), and In re Bear Stearns High-Grade Structured
      Credit Strategies Enhanced Leverage Master Fund, Ltd., Case No. 07-CV-8746

Dear Judge Sweet:

We represent FTI Capital Advisors, LLC and Bart M. Schwartz (collectively, the "Directors") in connection with their recent appointment as the Directors of Bear Stearns High-Grade Structured Credit Strategies (Overseas), Ltd. (the "Overseas Feeder Fund"). The Overseas Feeder Fund is one of two feeder funds that invested in the Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Master Fund (the "Enhanced Leverage Master Fund").

In response, *inter alia*, to the loss of billions of dollars of investment capital and the bankruptcy filing of the Enhanced Leverage Master Fund, a group of aggrieved investors in the Overseas Feeder Fund commenced a petition process that, after nearly five months, resulted in the replacement of the prior directors of the Overseas Feeder Fund with the Directors. This vote occurred on November 14, 2007.

The Directors would like the opportunity to submit an *amicus* brief in support of affirmation of the Bankruptcy Court's order, and to present to this Court with perspective not offered below due to the absence of direct investor representation. Given that they were elected a mere two weeks ago, and in light of the pendency of litigation in the Cayman Islands relating to their authority, the Directors respectfully request a brief extension of time, until December 21, 2007, to file a brief on behalf of the Overseas Feeder Fund. This extension should provide the Directors with sufficient time to prepare an *amicus* brief without otherwise impacting the schedule of the appeals, including the oral argument scheduled to occur on January 16, 2008.

So ordered
Sweet USDJ
11.28.07

NEW YORK ♦ LONDON ♦ CHICAGO ♦ PARIS ♦ LOS ANGELES ♦ WASHINGTON, D.C. ♦ SAN FRANCISCO ♦ PHILADELPHIA ♦ PITTSBURGH ♦ OAKLAND
MUNICH ♦ ABU DHABI ♦ PRINCETON ♦ NORTHERN VIRGINIA ♦ WILMINGTON ♦ BIRMINGHAM ♦ DUBAI ♦ CENTURY CITY ♦ RICHMOND ♦ GREECE

reedsmith.com

NYLIB-462461.1-JCMCCARR 11/28/07 11:32 AM

The Honorable Robert W. Sweet
November 28, 2007
Page 2

**ReedSmith**

    We appreciate the Court's consideration of the matter. Please do not hesitate to have Chambers contact me if you have questions or concerns in regard to this request.

Respectfully,

Lance Gotthoffer

cc: Fred S. Hodara, Esq.
    Akin Gump Strauss Hauer & Feld, LLP