UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case No. 07-12383 (BRL) |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES MASTER FUND, LTD. (IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8730 (RWS) |
| Debtor in a Foreign Proceeding and Appellant. | |
| In re: | Chapter 15 Case No. 07-12384 (BRL) |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE MASTER FUND, LTD. (IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8746 (RWS) |
| Debtor in a Foreign Proceeding and Appellant. | |

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE that, upon the Affirmation of Daniel M. Glosband, submitted herewith, the undersigned respectfully moves this Court for an Order pursuant to Rule 1.3(c) of the Local Rules of this Court, admitting Jay Lawrence Westbrook Esq. pro hac vice to the Bar of this Court for the purpose of appearing amici in the above captioned proceeding.

Dated:  December 6, 2007
        New York, New York

Respectfully submitted,

Amici

By its attorneys,

Daniel M. Glosband (4297370)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570- 1930
DGlosband@goodwinprocter.com

LIBNY/4653263.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case No. 07-12383 (BRL) |
| BEAR STEARNS HIGH-GRADE<br>STRUCTURED CREDIT STRATEGIES<br>MASTER FUND, LTD.<br>(IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8730 (RWS) |
| Debtor in a Foreign Proceeding and Appellant. | |
| In re: | Chapter 15 Case No. 07-12384 (BRL) |
| BEAR STEARNS HIGH-GRADE<br>STRUCTURED CREDIT STRATEGIES<br>ENHANCED LEVERAGE MASTER FUND,<br>LTD.<br>(IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8746 (RWS) |
| Debtor in a Foreign Proceeding and Appellant. | |

## AFFIRMATION OF DANIEL M. GLOSBAND IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE

Daniel M. Glosband, being duly sworn, deposes and says:

1.    I am a partner with the firm of Goodwin Procter LLP and am filing a brief *amici curiae* in the above-captioned proceeding.  I am a member in good standing of the Bar of this Court since 2006.  I make this Affirmation in support of the Motion, pursuant to Rule 1.3(c) of the Local Rules of this Court, for admission of Jay L. Westbrook, Esq. to the Bar of this Court pro hac vice.

2.    Mr. Westbrook is a professor of law at The University of Texas at Austin, School of Law, 727 E. Dean Keeton Street, Austin, Texas, (512) 232-1303 (tel.), (512) 471-6988 (fax). He is a member in good standing of the Bar of the District of Columbia.  Mr. Westbrook is also admitted to practice in the State of Texas and the United States Court of Appeals for the Second,

LIBC/3164876.1

Fourth and District of Columbia Circuits and the United States Supreme Court. Attached hereto as Exhibit 1 is a Certificate of Good Standing from The State Bar of Texas stating that Mr. Westbrook is a member in good standing of the Bar of the State of Texas. There are no pending disciplinary proceedings against Mr. Westbrook in any State or Federal Court. Mr. Westbrook is familiar with the Federal Rules of Civil Procedure, the Federal Rules of Evidence and the Rules of this Court.

3.    Accordingly, I respectfully request that Jay L. Westbrook, Esq. be admitted to the Bar of this Court pro hac vice for the purposes of appearing amici in the above-captioned proceeding.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 6th day of December 2007.

Daniel M. Glosband (4297370)

# STATE BAR OF TEXAS



**Office of The Chief Disciplinary Counsel**

December 04, 2007

RE:    **Mr. Jay Lawrence Westbrook**
        State Bar Number - **21215000**

To Whom it May Concern:

This is to certify that Mr. Jay Lawrence Westbrook was licensed to practice law in Texas on September 16, 1968 and is an active member in good standing with the State Bar of Texas.

Good Standing means that the attorney is current on payment of Bar dues and attorney occupation tax; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension.

No disciplinary action involving professional misconduct has been taken against the attorney's law license. This certification expires 30 days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

John A. Neal
Chief Disciplinary Counsel

JN/dh



**P.O. Box 12487, Capitol Station, Austin, Texas 78711, 512-427-1463 or 1-800-204-2222**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case No. 07-12383 (BRL) |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES MASTER FUND, LTD. (IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8730 (RWS) |
| Debtor in a Foreign Proceeding and Appellant. | |
| In re: | Chapter 15 Case No. 07-12384 (BRL) |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE MASTER FUND, LTD. (IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8746 (RWS) |
| Debtor in a Foreign Proceeding and Appellant. | |

## [PROPOSED] ORDER ADMITTING COUNSEL *PRO HAC VICE*

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Jay Lawrence Westbrook Esq. dated December 6th 2007, and the accompanying Affirmation of Daniel M. Glosband, sworn to on December 6th, 2007, it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Jay Lawrence Westbrook Esq., is hereby admitted pro hac vice for the purpose of appearing amici in the above captioned proceeding

_____
United States District Judge

Dated: _____, 2007

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 15 Case No. 07-12383 (BRL) |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES MASTER FUND, LTD. (IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8730 (RWS) |
| Debtor in a Foreign Proceeding and Appellant. | |
| In re: | Chapter 15 Case No. 07-12384 (BRL) |
| BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE MASTER FUND, LTD. (IN PROVISIONAL LIQUIDATION) | Civil Case No. 07-8746 (RWS) |
| | **AFFIDAVIT OF SERVICE** |
| Debtor in a Foreign Proceeding and Appellant. | |

STATE OF NEW YORK      )
                                          ss.:
COUNTY OF NEW YORK  )

Jack B. Groarke, Court Clerk for Goodwin Procter LLP, the firm of Daniel M. Glosband, being duly sworn, deposes and says that he is not a party to the within proceeding, is over 21 years of age and resides in Oradell, New Jersey.

That on the 5th day of December, 2007, deponent served, true copies of the Notice of Motion for Admission Pro Hac Vice of Jay Lawrence Westbrook and accompanying documents, by first class mail direct toward the following:

Fred S. Hodara
Akin Gump Strauss
590 Madison Avenue
New York, NY 10022

Jack B. Groarke
License No. 1263335

Sworn to before me this
6th day of December, 2007

Notary Public

**ANA M. MARTE**
**NOTARY PUBLIC, STATE OF NEW YORK**
**NO. 01MA5082099**
**QUALIFIED IN BRONX COUNTY**
**TERM EXPIRES JULY 21 2009**