Lance Gotthoffer<br>
First Affidavit<br>
Applicant<br>
Exhibits LG-1 and LG-2<br>
7 December 2007

IN THE GRAND COURT OF THE CAYMAN ISLANDS

CAUSE NO. 551 of 2007

IN THE MATTER OF THE COMPANIES LAW (2007 REVISION)

AND IN THE MATTER OF BEAR STEARNS HIGH-GRADE STRUCTURED CREDIT STRATEGIES ENHANCED LEVERAGE (OVERSEAS) LTD. (IN VOLUNTARY LIQUIDATION)

---

### EXHIBIT "LG-1"

---

This is the Exhibit marked "LG-1" referred to in the Affidavit of Lance Gotthoffer sworn to before me this 7th day of December 2007.

_____
Notary Public

ALICIA C. THANASOULIS
Notary Public, State of New York
No. 02TH6063962
Qualified in New York County
Commission Expires September 10, 2009