

Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd. (in Voluntary Liquidation)
Meeting of Investors
December 4, 2007

ADVISORY

KPMG

AUDIT ▪ TAX ▪ ADVISORY

## Glossary

- Administrator — PFPC Inc.
- Bear Stearns — Bear Stearns & Co. and other affiliates relating to their prime brokerage services
- BSAM — Bear Stearns Asset Management Inc.
- Cayman Court — The Grand Court of the Cayman Islands
- Deloitte — Deloitte and Touche LLP
- Feeder Fund — Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage (Overseas) Ltd.
- ELM — Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Master Fund, Ltd.
- JPLs — The Joint Provisional Liquidators
- JOLs — The Joint Officicial Liquidators
- JVLs — The Joint Voluntary Liquidators
- KPMG — KPMG in the Cayman Islands
- Master Fund — Bear Stearns High-Grade Structured Credit Strategies Enhanced Leverage Master Fund, Ltd
- NAV — Net Asset Valuation
- US Court — United States Bankruptcy Court of the Southern District of New York

© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.



# Agenda

- Structure Chart
- Chronology
- Statement of Assets and Liabilities as at October 12, 2007
- Feeder Fund appointment
- November 14, 2007 meeting
- Court Supervision
- Investigations
- Reporting and the provision of information
- Q&A
- Any other business

The contacts at KPMG in connection with this report are:

Simon Whicker
*Partner, Restructuring*
KPMG
Tel: +1 345 914 4381
Fax: +1 345 949 7164
swhicker@kpmg.ky

Kris Beighton
*Partner, Restructuring*
KPMG
Tel: +1 345 914 4392
Fax: +1 345 949 7164
krisbeighton@kpmg.ky

Russell Crumpler
*Manager, Restructuring*
KPMG
Tel: +1 345 914 4377
Fax: +1 345 949 7164
russellcrumpler@kpmg.ky

**KPMG**

© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

178





# Chronology

Redemptions suspended on or after June 7, 2007

July 31, 2007: Simon Whicker and Kris Beighton appointed as JPLs of the Master Fund

September 14, 2007: Master Fund placed into Official Liquidation

November 1, 2007: Simon Whicker and Kris Beighton appointed JVLs of the Feeder Fund

Jun 2007 — Jul 2007 — Aug 2007 — Sep 2007 — Oct 2007 — Nov 2007

Since July 31, 2007 the JOLs have been:

- Realising the assets of the Master Fund.
- Meeting with creditor counterparties.
- Investigating the circumstances for the substantial loss of value.
- Reviewing counterparty reconciliations.
- Seeking to preserve the assets in the US by filing for Chapter 15 protection.
- Setting a date by which creditors should prove their debts.
- Holding a first meeting of creditors and forming a Liquidation Committee



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

4

180

## Statement of Assets and Liabilities as at October 12, 2007

|  | Unaudited information provided by BSAM USD $'000 | Estimated to Realise USD $'000 |
|---|---|---|
| **Assets** | | |
| Cash | - | 750 |
| Redemptions receivable from Master Fund | 74 | - |
| Receivables due to overpayment of redemption proceeds | 14,108 | 14,108 |
| **Total assets** | 14,182 | 14,858 |
| **Liabilities** | | |
| Investment Management fees payable to BSAM | 2,757 | 2,757 |
| Accounting and Administrative fees payable | 29 | 29 |
| Professional fees payable | 54 | 54 |
| Directors fees payable | 3 | 3 |
| Redemptions payable | 74 | 74 |
| **Total Liabilities** | 2,917 | 2,917 |
| **Net assets** | 11,265 | 11,941 |



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

## Supporting information

- The Master Fund has realisable assets up to a possible value of c.$50m and liabilities in excess of $200m. Therefore the Master Fund is heavily insolvent. As a result, it is highly unlikely that the Feeder Fund will realise any value from equity in the Master Fund.

- The balance relating to Redemptions receivable appears to be a creditor claim and represents an unsecured claim in the Master Fund liquidation.

- The Feeder Fund's main asset is the potential receivable of an overpaid redemption.

- The timing of recovery is difficult to estimate at this stage.

- Therefore, the JVLs have concluded that the Feeder Fund is currently cash flow insolvent.

- The amount of US$750,000 represents funding supplied by BSAM to finance the JVLs investigations.



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

## Feeder Fund appointment

- As a result of the work already conducted, BSAM, the independent directors and sole voting shareholder felt it would be most efficient and practical to appoint individuals from KPMG as Liquidators of the Feeder Fund in order to undertake a comprehensive independent review.

- On the basis that there were no liquid assets available to fund a liquidation and investigation, BSAM injected US$ 750,000 into the Feeder Fund.

- In order to maintain their independence, the JVLs required this funding to be non-recourse to BSAM.

- The funding is intended to allow the JVLs to conduct an objective investigation into the Feeder Fund and consult with the investors on the same.

- As the Investment Manager, BSAM are providing historical information as requested by the JVLs.

- As the Administrator, PFPC are providing information to the JVLs in order to facilitate the investigation. This includes access to the books and records.



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

## November 14, 2007 meeting

- A meeting of investors took place on November 14, 2007.
- Bart M. Schwartz and John C. Crittenden III were appointed directors by resolution of the shareholders.
- Section 136(f) of the Cayman Islands Companies Law provides that upon appointment of liquidators all powers of the directors cease.
- Therefore whilst the new directors have a duty to co-operate with the JVLs, they have no power to act on behalf of the Feeder Fund without the express permission of the JVLs.



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

# Court Supervision

| | |
|---|---|
| **Court Supervision** | • Given the close scrutiny being given to the Official Liquidation of the Master Fund and to ensure that the liquidations of all Cayman entities are dealt with in a consistent manner, the JVLs believe that it is appropriate to take the Voluntary Liquidation of the Feeder Fund under the supervision of the Cayman Court. This hearing is due to take place on December 14 2007. |
| **Advantages of taking supervision under Cayman Court** | • The Feeder Fund invests in the Master Fund, which was also subject of a winding up by the Cayman Court. It is convenient that our appointment be brought under Court Supervision so that both liquidations can proceed on the same basis.<br>• The interconnected liquidations have already been involved in applications to the US courts, It would facilitate any further applications if the Feeder Fund was also subject of liquidators who were court supervised.<br>• The JVLs anticipate that there are likely to be issues which may be required to be brought before the court and it would make sense for this to be done in the context of a court supervised liquidation. |



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.



Case 1:07-cv-08730-RWS    Document 12-13    Filed 12/21/2007    Page 11 of 15

## Investigations

- In conjunction with ongoing investigations at the Master Fund level, the JOLs will investigate:
  - Potential causes of action against service providers.
  - The level and validity of management fees.
  - Subscriptions and redemptions - preferences and insiders.
  - Dealings/Communications with Investors.
- This list is by no means exhaustive.
- To assist with the liquidators' investigations it is very important for the liquidators to receive feedback from the investors. Accordingly a questionnaire will be issued to all investors and the JVLs would be grateful to receive all completed forms by December 31, 2007.
- The JVLs would welcome any comments from the investors regarding particular areas of concern or areas for investigation.



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

# Reporting and the provision of information

**Formal reporting**

- In due course the JVLs intend to prepare a report to the Cayman Court regarding the liquidation of the Enhanced Leverage Feeder Fund and the outcome of their investigations.
- This report will not be prepared until the JVLs investigations are either completed or well progressed.
- The JVLs currently intend to provide a version of this report to the investors.
- Other updates may be posted on the website.

**Website**

- A website will be established to provide investors with information regarding the liquidation. We will forward further details in due course.



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

## Next steps

- The JVLs would like to solicit feedback from the stakeholders as to whether they would like to form an investors committee.
- The purpose of the committee will be to liase with the JVLs, act as a sounding board for the conduct of liquidators and provide an efficient channel of communication in various liquidation matters such as investigations.



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of Independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

12

# Q & A

- Questions from investors and their representatives to the JVLs



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

13

# Basis of Presentation and Disclaimer

*Basis of presentation*

This report has been prepared solely for the purpose of informing stakeholders of the progress made in the Voluntary Liquidation of the Feeder Fund pursuant to the appointment of the JVLs on November 1, 2007. This report has been prepared using the information available to us as at November 30, 2007. Investigations are ongoing and new information is continuing to be received. Such new information may result in material changes to the status of matters as set out in this report.

*Disclaimer*

This report may not be copied or disclosed to any third party or otherwise be quoted or referred to, in whole or in part, without the JVLs' prior written consent. In the event that this report is obtained by a third party or used for any purpose other than in accordance with the purpose outlined above, any such party relying on the report does so entirely at their own risk and shall have no right of recourse against the JVLs, KPMG, its partners, employees, professional advisers or agents.

None of the JVLs, KPMG, its partners, employees, professional advisers or agents accept any liability or assume any duty of care to any third party (whether it is an assignee or successor of another third party or otherwise) in respect of this report and any such party who receives a copy of this report whether from the JVLs, KPMG, or any other source shall have no right of recourse against the JVLs or KPMG, its partners, employees, professional advisers or agents.

The work undertaken to prepare this report has been based primarily on information provided by BSAM and the JVLs. KPMG have not performed an audit examination of this information. Except where specifically stated, the JVLs have not sought to establish the reliability of the sources of information presented by reference to independent evidence. Where indicated, certain figures in this report are estimates, and where such estimates have been provided by BSAM or otherwise they are estimates only which may be subject to change, including possible significant adjustment, in the future.

THIS REPORT IS CONFIDENTIAL. ITS CIRCULATION AND USE IS RESTRICTED



© 2007 KPMG Cayman Islands, a Cayman Islands partnership and a member firm of the KPMG network of independent member firms affiliated with KPMG International, a Swiss cooperative. All rights reserved.

14