UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BEAR STEARNS HIGH-GRADE
STRUCTURED CREDIT STRATEGIES
MASTER FUND, LTD.
(IN PROVISIONAL LIQUIDATION)

Debtor in a Foreign Proceeding and Appellant.

Chapter 15 Case No. 07-12383 (BRL)

Civil Case No. 07-8730 (RWS)



In re:

BEAR STEARNS HIGH-GRADE
STRUCTURED CREDIT STRATEGIES
ENHANCED LEVERAGE MASTER FUND,
LTD.
(IN PROVISIONAL LIQUIDATION)

Debtor in a Foreign Proceeding and Appellant.

Chapter 15 Case No. 07-12384 (BRL)

Civil Case No. 07-8746 (RWS)

**NOTICE OF MOTION FOR ADMISSION PRO HAC VICE**

PLEASE TAKE NOTICE that, upon the Affirmation of Daniel M. Glosband, submitted herewith, the undersigned respectfully moves this Court for an Order pursuant to Rule 1.3(c) of the Local Rules of this Court, admitting Jay Lawrence Westbrook Esq. pro hac vice to the Bar of this Court for the purpose of appearing amici in the above captioned proceeding.

Dated: December 6, 2007
New York, New York

Respectfully submitted,

Amici

By its attorneys,

Daniel M. Glosband (4297370)
Goodwin Procter LLP
Exchange Place
Boston, Massachusetts 02109
(617) 570- 1930
DGlosband@goodwinprocter.com

LIBNY/4653263.1