**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
In re

BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES MASTER FUND, LTD.
(IN PROVISIONAL LIQUIDATION),

Debtor in a Foreign Proceeding and Appellant.
-----------------------------------------------------------X
In re:

BEAR STEARNS HIGH-GRADE STRUCTURED
CREDIT STRATEGIES ENHANCED LEVERAGE
MASTER FUND, LTD.
(IN PROVISIONAL LIQUIDATION),

Debtor in a Foreign Proceeding and Appellant.
-----------------------------------------------------------X

07 **CIVIL** 8730 (RWS)

**JUDGMENT**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/30/08

Appellant having appealed from a September 5, 2007 Order of the United States Bankruptcy Court for the Southern District of New York, and the matter having come before the Honorable Robert W. Sweet, United States District Judge, and the Court, on May 22, 2008, having rendered its Opinion affirming the Decision, it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion dated May 22, 2008, the Decision is hereby affirmed.

**Dated:**  New York, New York
        May 30, 2008

J. MICHAEL McMAHON
_____
Clerk of Court

BY:
_____
Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____